■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Terrance R. Vang, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Scudder, J.—Escape, 1st Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Davis, JJ.